# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NATIONAL ROOFING INDUSTRY PENSION FUND, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>TECHNICOAT MANAGEMENT, INC., et al.,<br><br>Defendant(s). | Case No. 2:17-cv-01130-KJD-NJK<br><br>**ORDER** |

Although Plaintiffs served Defendants in April, Docket Nos. 6, 7, Defendants have not appeared and Plaintiffs have not advanced the case. Accordingly, no later than July 14, 2017, Plaintiffs shall file requests for default or a status report, unless Defendants respond to the complaint by that date.

IT IS SO ORDERED.

Dated: June 22, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE