UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES, et al., | Case No. 2:17-cv-01130-KJD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| TECHNICOAT MANAGEMENT, INC., et al., | (Docket No. 14) |
| Defendant(s). | |

On September 1, 2017, Plaintiffs filed a notice of service of initial disclosures. Docket No. 14. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket No. 14 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge