___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

OCT 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BOARD OF TRUSTEES, in their capacities as Trustees of the NATIONAL ROOFING PENSION FUND, et al.
    Plaintiff(s),

vs.

TECHNICOAT MANAGEMENT, INC., et al.
    Defendant(s).

Case #2:17-cv-01130-KJD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

      Tracy L. Mainguy, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Weinberg Roger & Rosenfeld
(firm name)

with offices at     1001 Marina Village Parkway, Suite 200
      (street address)

Alameda, California, 94501
(city)    (state)    (zip code)

510.337.1001, tmainguy@unioncounsel.net
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by BOARD OF TRUSTEES, in their capacities as Trustees of the NATIONAL ROOFING PENSION FUND, et al. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____June 9, 1995_____, Petitioner has been and presently is a
          (date)
member in good standing of the bar of the highest Court of the State of ____California____
                                                                              (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, Northern District | June 19, 1995 | 176928 |
| United States District Court, Eastern District | June 19, 1996 | 176928 |
| United States District Court, Central District | April 18, 2013 | 176928 |
| United States Bankruptcy Court, Eastern District | June 19, 1996 | 176928 |
| United States Bankruptcy Court, Central District | September 4, 2015 | 176928 |
| United States Ninth Circuit Court of Appeal | April 23, 2015 | 176928 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
California State Bar
Florida State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 12, 2017 | Lawsuit | USDC District of Nevada | Pending |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
| 2 | FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Alameda___ )

___Tracy L. Mainguy___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.   SEE ATTACHED

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Kristina L. Hillman___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___1594 Mono Avenue___,
(street address)

___Minden___, ___Nevada___, ___89423___,
(city)          (state)         (zip code)

___775.770.4832___, ___khillman@unioncounsel.net___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Kristina L. Hillman_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

THE BOARD OF TRUSTEES, in their capacities as Trustees of the NATIONAL ROOFING INDUSTRY PENSION FUND; NATIONAL ROOFERS UNION HEALTH AND WELFARE FUND; and ROOFERS AND WATERPROOFERS RESEARCH AND EDUCATION TRUST FUND
_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

| 7752 | khillman@unioncounsel.net |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this __11th__ day of __December__, 20__17__.

_____
UNITED STATES DISTRICT JUDGE

5

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. ~~_____~~
2. ~~_____~~
3. ~~_____~~
4. ~~_____~~
5. _____
6. _____

_____      _____
*Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Alameda

Subscribed and sworn to (or affirmed) before me
on this 12th day of October, 20 17,
by    Date        Month         Year

(1) Tracy L. Mainguy

(and (2) _____ ),
Name(s) of Signer(s)

RHONDA R. FORTIER-BOURNE
Commission # 2066092
Notary Public - California
Alameda County
My Comm. Expires May 25, 2018

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _[signature]_
Signature of Notary Public

Seal
Place Notary Seal Above

──────────── **OPTIONAL** ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Verified Petition for Permission to Practice   Document Date: October 12, 2017
Number of Pages: 5   Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

```
JENNIFER WATKINSON
510-337-1001                        0.0 LBS    LTR         1 OF 1
WEINBERG ROGER & ROSENFELD
1001 MARINA VILLAGE PARKWAY
ALAMEDA CA 94501

SHIP TO:
    CLERK OF COURT-CIVIL DIVISION
    U.S. DISTRICT COURT - LAS VEGAS
    333 S. LAS VEGAS BOULEVARD
    LAS VEGAS  NV 89101
```

  NV 891 9-04

**UPS NEXT DAY AIR**      **1**
TRACKING #: 1Z F75 30W 01 9024 4621



BILLING: P/P

Client Matter: 141524
Sender Initials: jaw        CS 19.5.48.   WNTNV50 93.0A 10/2017